**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-50594 |
| Plaintiff - Appellee, | D.C. No. 2:05-cr-00807-DSF |
| v. | |
| WILLON KOW SZETO, a.k.a. John Szeto, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Dale S. Fischer, District Judge, Presiding

Submitted August 2, 2011[**]

Before:    LEAVY, IKUTA, and N. R. SMITH, Circuit Judges.

Willon Kow Szeto appeals from the 63-month sentence imposed following

his guilty-plea conviction for conspiracy to violate the Racketeer Influenced and

Corrupt Organizations Act, in violation of 18 U.S.C. § 1962(d), and trafficking in

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

counterfeit goods, in violation of 18 U.S.C. § 2320. We have jurisdiction under 28 U.S.C. § 1291, and we dismiss.

Szeto contends the district court committed plain error by imposing a standard condition of supervised release requiring employment. The valid and enforceable appeal waiver precludes our review of this contention. *See United States v. Watson*, 582 F.3d 974, 986 (9th Cir. 2009) (defendant's agreement to forego the right to appeal "any aspect of [his] sentence" included supervised release conditions); *United States v. Joyce*, 357 F.3d 921, 924 (9th Cir. 2004).

**DISMISSED.**